7, 1906.) Action by Sydney King against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

**KISSINGER v. LIVINGSTONE.** (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Jacob Kissinger against William Livingstone. No opinion. Motion denied. Order filed.

---

**KLARMANN, Respondent, v. GRAUER, Appellant.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Frank Peter Klarmann against J. George Grauer. No opinion. Judgment and order unanimously affirmed, with costs.

---

**KLEIN, Respondent, v. GARVEY, Appellant.** (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Jacob Klein against Martin T. Garvey. C. S. Petrasch, for appellant. J. H. Cohn, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and HOUGHTON, JJ., dissent.

---

**KLEIN et al., Respondents, v. MORRISEY, Appellant.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Valentine Klein and Frances Klein against Richard Morrisey. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

**KLETZEIN, Respondent, v. KLETZEIN et al., Appellants.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ernest W. Kletzein against Emma Kletzein and others. No opinion. Judgment reversed, and new trial granted, costs to abide the final award of costs, on the ground that the findings of the court are not supported by the evidence.

---

**KNECHT, Respondent, v. NEW YORK CITY RY. CO., Appellant.** (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by George Knecht against the New York City Railway Company. From judgment in favor of plaintiff, defendant appeals. Reversed, and new trial ordered. William E. Weaver, for appellant. Edward D. Loughman, for respondent.

PER CURIAM. The defendant concedes its liability, but questions the amount awarded as damages. Plaintiff's injuries were very slight, and the damages seem to be unreasonably large. There is reason to believe that the jury may have been influenced by the persistent efforts to bring to their attention the unfortunate results suffered by other persons by reason of the same accident. The judgment must be reversed, and a new trial granted, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment to $200.50, in which case the judgment, as modified, will be affirmed, without costs to either party.

---

**KOSOWER v. SANDLER.** (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Abraham Kosower against Joseph Sandler. No opinion. Application denied, with $10 costs. Order signed.

---

**KRANZ, Respondent, v. LEWIS, Appellant.** (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by William E. Kranz, as administrator, etc., of Henry Kranz, deceased, against Sollie Lewis. No opinion. Interlocutory judgment affirmed by default, with costs.

---

**KUSHES v. GINSBERG.** (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Alter Kushes against Isidore Ginsberg. No opinion. Motion denied. Order filed.

---

**LADD, Appellant, v. TITLE GUARANTEE & TRUST CO., Respondent.** (Supreme Court, Appellate Division, First Department. May, 11, 1906.) Action by Abraham W. Ladd against the Title Guarantee & Trust Company. F. Barker, for appellant. E. E. Sprague, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

**LAKE ERIE BOILER COMPOUND CO., Appellant, v. CALDWELL, Sheriff, Respondent.** (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by the Lake Erie Boiler Compound Company against Samuel Caldwell, as sheriff, etc. No opinion. Judgment affirmed, with costs.

---

**LATUREN, Appellant, v. BOLTON DRUG CO., Limited, Respondent.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Emma F. Laturen against the Bolton Drug Company, Limited. No opinion. Judgment and orders unanimously affirmed, with costs.

---

**LAUGHLIN, Appellant, v. PEOPLE'S GASLIGHT & COKE CO., Respondent.** (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by John Laughlin against the People's Gaslight & Coke Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

---

**LEVY, Appellant, v. BINGHAM et al., Respondents.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Bertha Levy against Theodore A. Bingham and others.

PER CURIAM. The papers upon which the order was granted do not show that the case is one of those specified in section 983 of the Code of Civil Procedure, and so far as the record before us discloses there was nothing before the court on which to base the order